# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED  SEP 0 6 2018

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANIEL SANCHEZ-MARTINEZ (1),

Defendant.

Case No. 17CR1509-L

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☒ the Court has dismissed the case with prejudice for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

21:952, 960 – Importation of Marijuana (Felony)

Dated: 9/6/2018

Hon. M. James Lorenz
United States District Judge